UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 2:09-02420-RMG-RSC |
| MARK GRZELAK, | ) ) ) | |
| Intervenor Plaintiff, | ) ) | |
| v. | ) ) | |
| FESTIVA RESORTS SERVICES, INC., | ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Intervenor Plaintiff and Defendant stipulate that this matter has been settled by compromise between them. Intervenor Plaintiff and Defendant therefore notify the Court that the Intervenor Complaint in the above-entitled action is dismissed <u>with prejudice</u> pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Both parties are to bear their respective attorneys' fees and costs.

4

Dated this the 8th day of February, 2011.

s/Stuart M. Axelrod
Stuart M. Axelrod
Fed. Court ID No. 7072
Axelrod & Associates, P.A.
604 16th Avenue North
Myrtle Beach, SC 29577
843.916.9300 ph
843.916.9311 fx
stuart@gotaxelrod.com

**Counsel for Mark Grzelak**

s/ M. Brian Magargle
M. Brian Magargle
Fed. Court ID No. 6166
Constangy, Brooks & Smith, LLP
1301 Gervais Street, Suite 810 (29201)
Post Office Box 11297
Columbia, SC 29211-1297
803.256.3200 ph
803.256.6277 fx
bmagargle@constangy.com

Jonathan W. Yarbrough
N.C. State Bar No. 21316
*(admitted pro hac vice)*
80 Peachtree Road, Suite 208
Asheville, NC 28803
828.277.5137 ph
828.277.5138 fx
jyarbrough@constangy.com

**Counsel for Festiva Resorts Services, Inc.**

4